IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 10-CR-5 (CAR) |
| **BORIS GRESHAM,** | **VIOLATION(S):** Firearms Related |
| Defendant | |

## **O R D E R**

For the reasons set forth in an Order this day entered in Case No. 3:00-CR-8 (CAR), defendant BORIS GRESHAM is hereby ordered DETAINED in the above-captioned proceeding until further order of the court.

SO ORDERED AND DIRECTED, this 22nd day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE